**Barbara ELDRIDGE; Betty Littleton; Sharon Luckett; Dorothy Cooper; Naomi Eldridge; Ruthie Wade; Sarah Fox; Eddie Mae Scott; Essie Williams; Jeannette Winfield, for themselves and all others similarly situated, Appellants,**

v.

**John Knox VILLAGE, A Missouri Corporation, Appellee.**

No. 00–3148.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 15, 2001.

Filed Dec. 5, 2001.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas.

Before BOWMAN and MORRIS SHEPPARD ARNOLD, Circuit Judges, and NANGLE,[1] District Judge.

PER CURIAM.

The pivotal issue in this appeal is whether under Missouri law at-will employees have a contractual relationship with their employers for purposes of suit under 42 U.S.C. § 1981. The district court determined they do not and dismissed plaintiffs' § 1981 claims. During the pendency of the appeal, this Court ruled on this issue in *Skinner v. Maritz, Inc.*, 253 F.3d 337 (8th Cir.2001). In *Skinner*, we held that under Missouri law the relationship between at-will employees and their employers is contractual and, accordingly, that such employees may maintain § 1981 actions against their employers. On the basis of *Skinner*, the order of the district court is reversed and the case is remanded for further proceedings.